UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-223(DSD/LIB)

United States of America,

             Plaintiff,

v.                                                    **ORDER**

Veronique ZsaZsa Antique Muckle,

             Defendant.


        This matter is before the court upon the motion for judgment
of acquittal by defendant Veronique ZsaZsa Antique Muckle.  Muckle
made the motion at trial after the government closed its evidence.[1]
The court reserved decision on the motion until after the jury
returned its verdict.  The jury found Muckle guilty of witness
retaliation, and the court now addresses the motion.

        Upon a defendant's motion, the court "must enter a judgment of
acquittal of any offense for which the evidence is insufficient to
sustain a conviction."  Fed. R. Crim. P. 29(a).  When considering
a motion for judgment of acquittal based on sufficiency of the
evidence, the court views the evidence "in the light most favorable
to the verdict, giving it the benefit of all reasonable
inferences."  United States v. Cacioppo, 460 F.3d 1012, 1021 (8th
Cir. 2006) (citation and internal quotation marks omitted).  The
court will grant the motion "only if there is no interpretation of
the evidence that would allow a reasonable jury to find the

_____

        [1] Muckle renewed her motion at the close of evidence.

defendant guilty beyond a reasonable doubt." Id. (citation and internal quotation marks omitted).

In the present case, the government offered evidence that was more than sufficient to sustain a conviction. Therefore, denial is warranted. Accordingly, **IT IS HEREBY ORDERED** that the motion for judgment of acquittal is denied.

Dated: April 15, 2013

s/David S. Doty
David S. Doty, Judge
United States District Court